ACCEPTED
15-24-00073-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/19/2025 2:19 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00073-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/19/2025 2:19:29 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# for the Fifteenth Judicial District

TEXAS DEPARTMENT OF INSURANCE,

*Appellant*,

*v.*

SOM THOMAS,

*Appellee.*

On Appeal from the
345th Judicial District Court, Travis county

## UNOPPOSED MOTION FOR
## WITHDRAWAL OF COUNSEL, AND SUBSTITUTION

Pursuant to Texas Rule of Appellate Procedure 6.5, Appellate Texas Department of Insurance moves this Court to permit its lead counsel of record, Cole P. Wilson, to withdraw from this matter. Mr. Wilson is leaving employment with the Office of the Attorney General of Texas and will no longer be available to continue representing Appellant in this matter. Plaintiff is unopposed to this motion.

Additionally, the undersigned asks that this Court take notice of his appearance in this matter, and of his substitution for Mr. Wilson as lead counsel. Because of this substitution, Appellant need not comply with Texas Rule of Appellate Procedure 6.5(a) and (c). The undersigned's contact information is below.

John Ramsey
Deputy Chief
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 463-2120
Fax: (512) 320-0667
John.Ramsey@oag.texas.gov

For the foregoing reasons, Appellant respectfully requests that the Court withdraw Mr. Wilson as lead counsel in this matter and remove him from the list of counsel who receive notice of filings and case activity, and to take notice of Mr. Ramsey's appearance as lead counsel for Appellant.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

Respectfully submitted,

KIMBERLY GDULA
Chief, General Litigation Division

_____
JOHN RAMSEY
Deputy Chief
Texas Bar No. 24051227
COLE P. WILSON
Texas Bar No. 24122856
Assistant Attorney General

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
John.Ramsey@oag.texas.gov
**Counsel for Appellant**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 15, 2025, I conferred with counsel for the Appellee Som Thomas (Mark Downey), who is unopposed to this motion.

/s/ *Cole P. Wilson*
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the eFileTexas.gov electronic filing system, which will send notification of such filing to the email addresses denoted on Service Contacts List.

JOHN RAMSEY
Deputy Chief

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Hendrix on behalf of John Ramsey
Bar No. 24051227
Laura.Hendrix@oag.texas.gov
Envelope ID: 109316263
Filing Code Description: Motion
Filing Description: 20251219_Unop Mtn to Withdraw
Status as of 12/19/2025 2:54 PM CST

Associated Case Party: Texas Department of Insurance

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rance Craft | | rance.craft@oag.texas.gov | 12/19/2025 2:19:29 PM | SENT |
| Philip Lionberger | | Philip.Lionberger@oag.texas.gov | 12/19/2025 2:19:29 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 12/19/2025 2:19:29 PM | SENT |
| John Ramsey | | John.Ramsey@oag.texas.gov | 12/19/2025 2:19:29 PM | SENT |
| Laura Hendrix | | laura.hendrix@oag.texas.gov | 12/19/2025 2:19:29 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 12/19/2025 2:19:29 PM | SENT |
| Victor Hernandez | | victor.hernandez@oag.texas.gov | 12/19/2025 2:19:29 PM | SENT |

Associated Case Party: Som Thomas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark DDowney | | mdowney@dlawgrp.com | 12/19/2025 2:19:29 PM | SENT |